## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BENJAMIN WITTES<br>1775 Massachusetts Avenue NW<br>Washington, DC  20036 | ) ) ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 17-1883 |
| v. | ) ) |  |
| U.S. FEDERAL BUREAU OF<br>INVESTIGATION<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | ) ) ) ) ) |  |
| Defendant. | ) ) ) |  |

## <u>COMPLAINT</u>

1.      On May 9, 2017, President Trump fired Federal Bureau of Investigation ("FBI") Director James Comey.  In the days that followed, President Trump and his staff offered various justifications for firing Director Comey, claiming that the rank and file of the FBI had lost confidence in Director Comey's leadership of the Bureau.

2.      In fact, however, the vast majority of publicly available evidence about the FBI workforce's views of Director Comey's leadership – from the testimony of its Deputy Director, to workforce surveys in recent years, to attestations of FBI employee and retiree organizations, to public displays of support from current employees – reveals the positive regard he enjoyed throughout the Bureau.

3.      Indeed, President Trump's shifting explanations for firing Director Comey warrant especially significant scrutiny because, in other contexts, the President has suggested that his true motivation was to stymie the FBI's investigation into Russia's interference in the

2016 presidential election.  In a nationally televised interview, as well as a non-public Oval Office conversation with representatives of the Russian government, President Trump suggested that the true impetus for firing Director Comey was his desire to stop the FBI's investigation.

4.      On June 22, 2017, Plaintiff Benjamin Wittes submitted two requests to the FBI under the Freedom of Information Act ("FOIA") to obtain information related to the White House's claims about the views of the FBI workforce concerning Director Comey.  The public has an important interest in knowing whether the President and his White House staff accurately represented the FBI workforce's views about Director Comey, or whether this was a pretext to hide the actual reason that the President fired Director Comey.  The FBI has failed to respond to Plaintiff's request within the statutory deadline.  Plaintiff brings this action against Defendant to compel compliance with the FOIA, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

6.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

## PARTIES

7.      Plaintiff Benjamin Wittes is the editor-in-chief of *Lawfare*, an online publication published by The Lawfare Institute, a 501(c)(3) not-for-profit educational organization in cooperation with The Brookings Institution, a 501(c)(3) nonprofit public policy organization. *Lawfare* is dedicated to informing public understanding on operations and activities of the government.  Plaintiff intends to give the public access to documents he obtains via these FOIA requests on *Lawfare*'s website (www.lawfareblog.com) and to provide information about and analysis of those documents as appropriate.

8.      Defendant FBI is an agency of the federal government of the United States and is headquartered at 935 Pennsylvania Ave. NW, Washington, DC.  Defendant has possession, custody, and control of the documents that Plaintiff seeks in response to its FOIA request.

## STATEMENT OF FACTS

9.      On May 9, 2017, President Trump fired Director Comey.  Two days later, in a nationally televised interview, President Trump explained his reasons for firing Director Comey. "The FBI has been in turmoil. You know that, I know that, everybody knows that.  You take a look at the FBI a year ago, it was in virtual turmoil – less than a year ago.  It hasn't recovered from that."

10.      President Trump's White House staff also faulted Director Comey's leadership of the FBI.  Then-Deputy White House Press Secretary Sarah Huckabee Sanders stated on May 10, 2017, the day after Director Comey's firing:  "The president, over the last several months, lost confidence in Director Comey.  The [Justice Department] lost confidence in Director Comey. … And, most importantly, the rank-and-file of the FBI had lost confidence in their director."

11.      The next day, Huckabee Sanders reemphasized her point:  "I've heard from countless members of the FBI that are grateful and thankful for the president's decision. … I've certainly heard from a large number of individuals and that's just myself, and I don't even know that many people in the FBI."

12.      No data or other evidence supports these claim by President Trump and his White House staff that Director Comey had lost the confidence of the broad FBI workforce.

13.      Almost immediately after stating that Director Comey's leadership deficiencies justified his firing, President Trump suggested that the true reason was his own desire to derail the FBI's investigation into Russia's interference in the 2016 election. On May 10, 2017, in an

Oval Office meeting with senior representatives of the Russian government, President Trump reportedly stated that "I just fired the head of the F.B.I. He was crazy, a real nut job," and that "I faced great pressure because of Russia. That's taken off." *See* Matt Apuzzo, Maggie Haberman and Matthew Rosenberg, "Trump Told Russians that Firing 'Nut Job' Comey Eased Pressure from Investigation," *New York Times* (May 19, 2017), *available at* https://www.nytimes.com/2017/05/19/us/politics/trump-russia-comey.html?mcubz=0.

14.     The next day, in a televised interview with NBC News, the President again linked his decision to fire Director Comey to the Russia investigation.  Asked whether he relied on advice from the Attorney General and Deputy Attorney General in deciding to fire Director Comey, President Trump responded:   "[R]egardless of the recommendation I was going to fire Comey, knowing there was no good time to do it.  And in fact when I decided to just do it, I said to myself, I said you know, this Russia thing with Trump and Russia is a made up story." *See* Partial Transcript:  NBC News Interview with Donald Trump, CNN, (May 11, 2017, http://www.cnn.com/2017/05/11/politics/transcript-donald-trump-nbc-news/index.html.

15.     Then-Acting FBI Director Andrew McCabe publically contradicted the President's claims regarding Director Comey's supposedly deficient leadership. During McCabe's Senate testimony on May 11, 2017, Sen. Martin Heinrich asked him: "[I]s it accurate that the rank and file no longer supported Director Comey?" McCabe responded:  "No, sir, that is not accurate…the majority – the vast majority of FBI employees enjoyed a deep and positive connection to Director Comey."

16.     Annual survey data of FBI field office and headquarters employees bear this out. In these surveys, employees can score between a low of 1 and high of 5; a score between 3.81 and 5 "indicates success."  For the 2016 and 2017 surveys, when asked about their level of

respect for FBI senior executives, including the director, FBI field office staff gave scores of

4.25 and 3.97 – that is, "success."  Likewise, "when asked whether the FBI's senior executives,

including the director, maintained high standards of honesty and integrity, the average scores of

FBI field office staff were 4.1 and 3.96" – also rated as "success in those areas." Susan

Hennessey & Benjamin Wittes, "Trump's Lies About James Comey Keep Unraveling," *Foreign

Policy* (Aug. 18, 2017), *available at* http://foreignpolicy.com/2017/08/18/trumps-lies-about-james-

comey-keep-unraveling.

      17.     On his personal evaluation, Director Comey was scored on 72 distinct criteria.

On 68 of them, he scored above a 4.0; he scored above a 4.5 on 33.  *Id*.

      18.     In 2017, Director Comey was evaluated by his immediate staff. In rating the

statement "I have trust and confidence in this person as a leader," they returned a score of

4.47.  *Id*.

      19.     That sentiment is reinforced by information gathered by former FBI

counterintelligence analyst Nora Ellingsen, who discussed the issue with approximately 20

former FBI colleagues.  Her findings were consistent:  "Because the basic truth is that while

Comey was a controversial figure in the larger political system and among Justice Department

officials, he was not a controversial figure at the FBI at all.  Nearly everyone loved him. In any

other piece, I would caveat this statement as obvious hyperbole and oversimplification of the

situation, but the degree of consensus on this point as I have talked to people has been

incredible."  *See* Nora Ellingsen, "On the Mood Among My Former FBI Colleagues," *Lawfare*

(June 1, 2017), *available at* https://www.lawfareblog.com/mood-among-my-former-colleagues-

fbi.

      20.     Likewise, current FBI employees demonstrated widespread support for Director

Comey after he was fired. On social media, some FBI agents changed their profile pictures to Director Comey's photo, a gesture typically shown to colleagues killed in the line of duty. *See* Susan Hennessey & Benjamin Wittes, "Trump's Lies About James Comey Keep Unraveling," *Foreign Policy* (Aug. 18, 2017), *available at* http://foreignpolicy.com/2017/08/18/trumps-lies-about-james-comey-keep-unraveling.

21.     Additionally, professional associations of current and retired FBI personnel have attested to the workforce's loyalty to the former director. FBI Special Agent Thomas O'Connor, President of the 13,000-member FBI Agents Association, said of Director Comey: "His support within the rank and file of the FBI is overwhelming." He also stated: "They believe in the guy, they follow his leadership, and they knew that when Director Comey told them something, that it was accurate, Constitutional and apolitical." *See* Josh Meyer, "FBI Agent Groups Dispute Trump's Rationale for Comey Firing," *Politico* (May 10, 2017), *available at* http://www.politico.com/story/2017/05/10/comey-firing-fbi-trump-238247.

22.     Likewise, Nancy Savage, Executive Director of the Society of Former Special Agents of the FBI, which represents 8,500 retired FBI members, has stated that Comey "was a well-respected, well-liked director." *Id*.

23.     The President has broad authority over personnel issues within the Executive Branch. But in a democracy, it is unacceptable for the President to misinform the American people about his reasons for firing a senior law enforcement official.

*FOIA Requests to FBI and Agency's Failure to Respond*

24.     On June 22, 2017, Plaintiff sent two FOIA requests to Defendant FBI.

25.     In the first request, sent by fax, Plaintiff sought the following records:

   1. All records of unclassified communications from Andrew McCabe to the FBI

workforce[1] addressing the firing of Director James Comey, including, but not
limited to, emails, official statements, announcements, and memoranda. The
timeframe for this request is from May 9, 2017, until the date that a search is
conducted for records responsive to this FOIA request.

2. All records of unclassified communications from Associate Deputy Director to
the FBI workforce addressing the firing of Director James Comey, including, but
not limited to, emails, official statements, announcements, and memoranda. The
timeframe for this request is from May 9, 2017, until the date that a search is
conducted for records responsive to this FOIA request.

3. All records of unclassified communications from the Chief of Staff to the FBI
workforce addressing the firing of Director James Comey, including, but not
limited to, emails, official statements, announcements, and memoranda. The
timeframe for this request is from May 9, 2017, until the date that a search is
conducted for records responsive to this FOIA request.

4. All records of unclassified communications from Deputy Chief of Staff to the FBI
workforce addressing the firing of Director James Comey, including, but not
limited to, emails, official statements, announcements, and memoranda. The
timeframe for this request is from May 9, 2017, until the date that a search is
conducted for records responsive to this FOIA request.

5. All records of unclassified communications from any other member of the Senior
Executive Service within the Office of the Director to the FBI workforce
addressing the firing of Director James Comey, including, but not limited to,
emails, official statements, announcements, and memoranda. The timeframe for
this request is from May 9, 2017, until the date that a search is conducted for
records responsive to this FOIA request.

6. In addition to the records requested above, I also request records describing the
processing of this request, including records sufficient to identify search terms
used and locations and custodians searched and any tracking sheets used to track
the processing of this request. If your agency uses FOIA questionnaires or
certifications completed by individual custodians or components to determine
whether they possess responsive materials or to describe how they conducted
searches, I also request any such records prepared in connection with the
processing of this request.

*See* Exhibit A (FBI FOIA request No. 1).

25.     Plaintiff also requested a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) or

5U.S.C. § 552(a)(4)(A)(ii)(II).  *See* Exhibit A.

---

[1] For purposes of this request, the term "FBI workforce" refers to all FBI employees, in any component or office of
the organization, who would ordinarily receive agency-wide communications.

26.     Plaintiff received a letter from Defendant FBI dated June 30, 2017.  *See* Exhibit B (FBI Letter).  The letter stated that the agency had assigned the FOIA request tracking number 1378563-000, and further stated:  "This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI which has been received for processing."  The FBI letter also noted that "[y]our request for a fee waiver is being considered and you will be advised of the decision at a later date."

27.     Pursuant to FOIA, within 20 business days of receipt of Plaintiff's request, Defendant was required to "determine . . . whether to comply with such request" and to "immediately notify" Plaintiff of "such determination and the reasons therefor," and, in the case of an adverse determination, notify the Plaintiff of his appeal rights.  5 U.S.C. § 552(a)(6)(A)(i).

28.     To date, Defendant has failed to make the required determination and notifications.  Nor has Defendant made a determination regarding Plaintiff's request for a fee waiver.

29.     Also on June 22, 2017, Plaintiff submitted a second FOIA request to Defendant FBI.  *See* Exhibit C (FBI FOIA Request No. 2).

30.     To summarize, Plaintiff sought the following records from several branches of the FBI, including the National Security Branch; Criminal, Cyber, Response and Services Branch; Intelligence Branch; Science and Technology Branch; Human Resources Branch; and FBI Field Offices:

> All records of unclassified communications from [leadership of the named branch or division] to the [named branch or division] workforce addressing the firing of Director James Comey, including, but not limited to, emails, official statements, announcements, and memoranda.  The timeframe for this request is from May 9, 2017, until the date that a search is conducted for records responsive to this FOIA request.

> In addition to the records requested above, I also request records describing the

processing of this request, including records sufficient to identify search terms used and
locations and custodians searched and any tracking sheets used to track the processing of
this request. If your agency uses FOIA questionnaires or certifications completed by
individual custodians or components to determine whether they possess responsive
materials or to describe how they conducted searches, I also request any such records
prepared in connection with the processing of this request.

31.     Plaintiff also requested a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) or 5

U.S.C. § 552(a)(4)(A)(ii)(II). *See* Exhibit C.

32.     The FBI combined Plaintiff's first and second FOIA requests into a single request

under the same tracking number, 1378563-000, which FBI confirmed to Plaintiff's counsel in a

letter dated August 22, 2017, from David Hardy, Section Chief of the Record/Information

Dissemination Section of the Records Management Division. *See* Exhibit D (Hardy Letter).

33.     FBI has failed to make the required determination and notifications regarding the

material in its possession.  Nor has FBI made a determination regarding Plaintiff's request for a

fee waiver.

## COUNT I
**(Violation of FOIA, 5 U.S.C. § 552)**

34.     Plaintiff re-alleges and incorporates by reference all preceding paragraphs.

35.     Defendant is in violation of FOIA by failing to respond to Plaintiff's requests

within the statutorily prescribed time limit and by unlawfully withholding records responsive to

Plaintiff's request.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

(1) Order Defendant, by a date certain, to conduct a search that is reasonably likely to

lead to the discovery of any and all records responsive to Plaintiff's requests;

(2) Order Defendant, by a date certain, to demonstrate that it has conducted an adequate

search;

(3) Order Defendant, by a date certain, to produce to Plaintiff any and all non-exempt records, or portions of records, responsive to Plaintiff's request, as well as a *Vaughn* index of any records, or portions of records, withheld due to a claim of exemption;

(4) Enjoin Defendant from improperly withholding records responsive to Plaintiff's request;

(5) Order Defendant to grant Plaintiff's request for a fee waiver;

(6) Grant Plaintiff an award of attorney fees and other reasonable litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

(7) Grant Plaintiff such other relief as the Court deems appropriate.

Respectfully submitted,

Date:  September 13, 2017        */s/ Justin Florence*

JUSTIN FLORENCE (Bar No. 988953)
        Justin.Florence@protectdemocracy.org
LAURENCE M. SCHWARTZTOL
        (*pro hac vice* to be filed)
        Larry.Schwartztol@protectdemocracy.org

The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428

*Counsel for Plaintiff*