# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN WITTES, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 17-1883 (ABJ) |
| U.S. FEDERAL BUREAU OF INVESTIGATION, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

By Order dated February 23, 2018, this Court ordered the parties to submit a joint status report regarding whether the parties had resolved the issue of attorneys' fees concerning Plaintiff's two Freedom of Information Act ("FOIA") requests submitted to the FBI that are at issue in this case, or to submit a proposed briefing schedule on the issue of fees. The parties are still negotiating the issue of fees and need additional time to try and resolve this issue if possible without the need for briefing. If the parties reach a resolution, they will need to draft a stipulation, get it approved, and file it.

If they have not filed a stipulation of settlement and dismissal by March 30, 2018, the parties propose that they file another joint status report with, if necessary a proposed briefing schedule on the issue of fees.

Respectfully submitted,

/s/ Laurence M. Schwartztol
LAURENCE M. SCHWARTZTOL
(D.C. Bar No. MA0007)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163

Washington, DC 20006
Phone: 202-945-2092
Fax: 929-777-8428
Larry.Schwartztol@protectdemocracy.org

*Counsel for Plaintiff*


JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
  for the District of Columbia


DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division


*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*